IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAY MATERIALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1610-RGA |
| | ) | |
| 3M COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

WHEREAS, in connection with negotiations regarding the schedule on which to litigate Plaintiff Bay Materials' Motion for Preliminary Injunction (D.I. 6) (the "Motion") the parties previously agreed to submit either a joint or competing proposals by January 14, 2022 (D.I. 27); and

WHEREAS, those negotiations are ongoing but the parties are in need of some additional time; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Defendant 3M Company must file its answering papers in opposition to the Motion is extended through and including January 18, 2022. On or before January 18, 2022, the parties shall submit to the Court either a joint proposal, or competing proposals, regarding the schedule for the Motion, which will include a deadline for Defendant 3M Company to file its answering papers.

{01761548;v1 }

| | |
|---|---|
| ASHBY & GEDDES | RICHARDS LAYTON & FINGER, P.A. |
| */s/ Steven J. Balick* | */s/ Kelly E. Farnan* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-188<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2022.

_____
United States District Judge